**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BNSF RAILWAY COMPANY** **PLAINTIFF**

**v.** **NO. 3:25-cv-00026-JM**

**LINDA MALONE** **DEFENDANT**

**ORDER**

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for August 31, 2026, is canceled and this case is removed from the trial docket. All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 27th day of July, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE