**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BNSF RAILWAY COMPANY** **PLAINTIFF**

**V.** **3:25CV00026 JM**

**LINDA MALONE** **DEFENDANT**

**ORDER OF DISMISSAL**

This case is dismissed with prejudice due to settlement. The Court retains jurisdiction for thirty (30) days for the purpose of enforcing the settlement agreement. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of August, 2026.

James M. Moody Jr.
United States District Judge